# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

In the Matter of **Eric L. Crandall,**
A Member of the Bar of the
United States District Court                                    Case No. 1:08-mc-014
For the District of North Dakota

## SUSPENSION ORDER

On September 9, 2008, the Court ordered that Eric L. Crandall be immediately temporarily suspended from practice before the Court. On September 15, 2008, Crandall consented to the reciprocal suspension of his license to coincide with the time limit set by the Supreme Court of Wisconsin.

IT IS ORDERED that Eric L. Crandall be suspended from the practice of law before this court for a period of 30 days, effective September 2, 2008.

Upon the expiration of his period of suspension, Crandall may seek reinstatement consistent with the provisions of D.N.D. Gen. L. R. 3.1(I).

Dated this 15th day of September, 2008.

 /s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court